**UNITED STATES COURT OF APPEALS**

FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: February 22, 2013

Mr. Edward G. Bryan
Federal Public Defender's Office
1660 W. Second Street
Suite 750
Cleveland, OH 44113

Re: Case No. 13-3205, *USA v. Samuel Mullet, Sr.*
Originating Case No. : 5:11-cr-00594-1

Dear Counsel,

   This appeal has been docketed as case number **13-3205** with the caption that is enclosed on a separate page.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **March 8, 2013**.

| | |
|---|---|
| Appellant: | Appearance of Counsel |
| | Transcript Order |
| | Application for Admission to 6th Circuit Bar (if applicable) |
| | |
| Appellee: | Appearance of Counsel |
| | Application for Admission to 6th Circuit Bar (if applicable) |

   More specific instructions are printed on each form. If the filing fee for the appeal is due because the appellant is not indigent, it must be paid to the District Court by **March 8, 2013**. These deadlines are important -- if the initial forms are not timely filed or the filing fee is due but not paid, the appeal will be dismissed for want of prosecution.

If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Cheryl Borkowski
Case Manager
Direct Dial No. 513-564-7035

cc: Ms. Bridget Meehan Brennan
Mr. Thomas E. Getz
Ms. Wendi L. Overmyer
Ms. Kristy L. Parker

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 13-3205**

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

SAMUEL MULLET, SR.

       Defendant - Appellant